AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/12/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Aaron Parness | Associate Attorney, Kohn, Kohn, & Colapinto |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
I Served Defendant via U.S. Certified Mail with Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.36 | TOTAL $5.36 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/13/2007___
                   Date

*Signature of Server*

517 Florida Ave. NW, Washington DC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

REBECCA UZELMEIER

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES et al

C   Case: 1:07-cv-00753
    Assigned To : Friedman, Paul L.
    Assign. Date : 04/25/2007
    Description: UZELMEIER v. US DEPT OF HHS, et al.,

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Kohn
KOHN, KOHN & COLAPINTO, LLP.
3233 P Street, N.W.
Washington, DC 20007
Phone: (202) 342-6980
Fax: (202) 342-6984

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          APR 2 5 2007

CLERK                                            DATE

(By) DEPUTY CLERK