AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/12/2007 |
| NAME OF SERVER *(PRINT)* Aaron Parness | TITLE Associate Attorney, Kohn, Kohn, & Colapinto |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
I Served Defendant via U.S. Certified Mail with Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.36 | TOTAL $5.36 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/13/2007__
            Date

*Signature of Server*

517 Florida Ave. NW, Washington DC 20001
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DISTRICT OF COLUMBIA

REBECCA UZELMEIER

V.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES et al.

## SUMMONS IN A CIVIL ACTION

Case: 1:07-cv-00753
Assigned To : Friedman, Paul L.
Assign. Date : 04/25/2007
Description: UZELMEIER v. US DEPT OF HHS, et al.,

TO: (Name and address of Defendant)

Jeffrey A. Taylor, U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Kohn
KOHN, KOHN & COLAPINTO, LLP.
3233 P Street, N.W.
Washington, DC 20007
Phone: (202) 342-6980
Fax: (202) 342-6984

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     APR 2 5 2007

CLERK     DATE

(By) DEPUTY CLERK