## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER<br>149 Old Well Road<br>Rochester, NY 14646<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>MICHAEL O. LEAVITT, Secretary<br> United States Department of<br> Health and Human Services,<br><br>CHRIS B. PASCAL, Director<br> Office of Research Integrity<br> United States Department of<br> Health and Human Services,<br><br>MARC R. WEISMAN, Dep. Assistant Secretary<br> Acquisition Management and Policy<br> United States Department of<br> Health and Human Services,<br><br>  Defendants. | Civil Action No. 07cv753 (PLF) |

### ENTRY OF APPEARANCE

  Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,


  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843