UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REBECCA UZELMEIER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07cv753 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, through undersigned counsel, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30 day enlargement of time, to August 15, 2007, to file an Answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendants state as follows:

1. Plaintiff filed a civil action on April 25, 2007, seeking review of a decision by the United States Department of Health and Human Services Office of Research Integrity to debar Plaintiff as a federal contractor for five years.

2. Defendants' response is currently due on Monday, July 16, 2007.

3. An enlargement is needed because the undersigned Assistant United States Attorney is unable to prepare a response due to his involvement in other matters, including preparing dispositive and procedural motions in Conklin v. U.S. Bureau of Prisons, 07cv155 (RBW); a dispositive motion and Reply memorandum in Shea v. Rice, 02cv577 (JR); a Reply memorandum in Best v. United States, 07cv007 (PLF); procedural motions in Cross v. Samper, 04cv1253 (RMC); and extensive pretrial motions in Czekalski v. Peters, 02cv1403 (DAR).

4. Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to respond to the Complaint up to and including August 15, 2007.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER                           )<br>                                                         )<br>     Plaintiff,                                    )<br>                                                         )<br>     v.                                               )   Civil Action No. 07cv753 (PLF)<br>                                                         )<br>UNITED STATES DEPARTMENT OF    )<br>HEALTH AND HUMAN SERVICES, et al.  )<br>                                                         )<br>     Defendant.                                 )<br>                                                         ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion for Enlargement of Time, and the fact that Plaintiff consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before August 15, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE