UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07cv753 (PLF) |

**SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, through undersigned counsel, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, to August 20, 2007, to file an Answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendants state as follows:

1. Plaintiff filed a civil action on April 25, 2007, seeking review of a decision by the United States Department of Health and Human Services Office of Research Integrity to debar Plaintiff as a federal contractor for five years.

2. Defendants' response is currently due on Monday, August 15, 2007.

3. Although a response is significantly completed, an enlargement of time is needed to prepare the administrative record for submission to the Court. Defendant believes that 5 calendar days will be sufficient to prepare the record and finalize the response for the Court

4. Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to respond to the Complaint up to and including August 20, 2007.

        Respectfully submitted,

        /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/ Darrell C. Valdez
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C. 20530
        (202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv753 (PLF) |

## ORDER

Upon consideration of Defendant's Second Consent Motion for Enlargement of Time, and the fact that Plaintiff consents to the enlargement of time, it is this _____day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before August 20, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE