UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07cv753 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Rebecca Uzelmeier, by and through counsel, hereby respectfully moves for a forty-five (45) day enlargement of time, to October 19, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment. A proposed order is submitted herewith.

The reasons supporting this motion are as follows:

1. Defendants filed a motion to dismiss or, in the alternative for summary judgment, on August 20, 2007.

2. Plaintiff's response to Defendants' motion is currently due on September 4, 2007.

3. An enlargement is needed because Plaintiff's attorney is unable to prepare a response due to scheduling conflicts with other matters and the complexity of some of the issues in the case.

4. On August 28, 2007, Defendants' counsel, Darrell C. Valdez, advised Plaintiff's counsel, Stephen M. Kohn, that he does not oppose the extension of time.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that her Motion for Enlargement of Time be granted.

                                        Respectfully submitted,

                                        /s/Stephen M. Kohn
                                        Stephen M. Kohn, # 411513

                                        /s/David K. Colapinto
                                        David K. Colapinto, # 416390

                                        KOHN, KOHN & COLAPINTO, LLP.
                                        3233 P Street, N.W.
                                        Washington, D.C. 20007-2756
                                        (202) 342-6980
                                        (202) 342-6984 (fax)
                                        Attorneys for Plaintiff

August 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv753 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, dated August 28, 2007, and all argument and papers submitted in support thereof and in response thereto, and the entire record herein, it be and hereby is

ORDERED that plaintiff's motion for an enlargement of time is GRANTED, and it is further

ORDERED that Plaintiff shall respond to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, on or before October 19, 2007.

IT IS SO ORDERED.

_____                            _____
DATE                                            HON. PAUL L. FRIEDMAN
                                                United States District Judge