**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REBECCA UZELMEIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07cv753 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**
**OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT**

Plaintiff, Rebecca Uzelmeier, by and through counsel, hereby respectfully moves for a

fourteen (14) day enlargement of time, to November 2, 2007, to file her response to Defendants'

Motion to Dismiss or, in the Alternative, for Summary Judgment.  In accordance with Local Rule

7(m), Plaintiff's counsel contacted Defendants' counsel to discuss this motion.  Defendants'

counsel stated he does not oppose the extension of time.

As set forth below in the following Memorandum of Points and Authorities, good cause

exists for granting this motion.  A proposed order is submitted herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The reasons supporting this motion are as follows:

1.      Defendants filed a motion to dismiss or, in the alternative for summary judgment,

on August 20, 2007.

2.      Plaintiff requested and was granted an enlargement of time to respond to

Defendants' motion.  Plaintiff's response to Defendants' motion is currently due on October 19,

2007.

3.      An enlargement is needed because Plaintiff's attorney is unable to prepare a

response due to scheduling conflicts with other matters, including, for example, a Court of

Appeals brief due on October 19, 2007 in <u>Kiki Ikossi v. Donald C. Winter</u>, *et al.,* No. 05-5456.

4.      In accordance with Local Rule 7(m), on October 9, 2007, counsel for the Plaintiff

contacted Defendants' counsel to discuss the above motion.  Defendants' counsel, Darrell C.

Valdez, advised Plaintiff's counsel, Stephen M. Kohn, that he does not oppose the extension of

time.

<b><u>CONCLUSION</u></b>

For the foregoing reasons, Plaintiff respectfully requests that the Court enlarge Plaintiff's

time to respond to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment

up to and including November 2, 2007.

Respectfully submitted,

<u>/s/Stephen M. Kohn</u>
Stephen M. Kohn, # 411513

<u>/s/David K. Colapinto</u>
David K. Colapinto, # 416390

KOHN, KOHN & COLAPINTO, LLP.
3233 P Street, N.W.
Washington, D.C. 20007-2756
(202) 342-6980
(202) 342-6984 (fax)
Attorneys for Plaintiff

October 11, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REBECCA UZELMEIER,                              )
                                                )
Plaintiff,                                      )
                                                )
v.                                              )          Civil Action No. 07cv753 (PLF)
                                                )
UNITED STATES DEPARTMENT OF                     )
HEALTH AND HUMAN SERVICES, *et al.,*)
                                                )
Defendants.                                     )
_____)

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, dated October

11, 2007, and all argument and papers submitted in support thereof and in response thereto, and

the entire record herein, it be and hereby is

ORDERED that plaintiff's motion for an enlargement of time is GRANTED, and it is

further

ORDERED that Plaintiff shall respond to Defendants' Motion to Dismiss, or in the

Alternative for Summary Judgment, on or before November 2, 2007.

IT IS SO ORDERED.


_____                    _____
DATE                                     HON. PAUL L. FRIEDMAN
                                         United States District Judge