UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.*,)<br>)<br>Defendants. )<br>_____) | Civil Action No. 07cv753 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT**

Plaintiff, Rebecca Uzelmeier, by and through counsel, hereby respectfully moves for a three (3) day enlargement of time, to November 7, 2007, to file her response to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. In accordance with Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to discuss this motion. Defendants' counsel stated he does not oppose the extension of time.

As set forth below in the following Memorandum of Points and Authorities, good cause exists for granting this motion. A proposed order is submitted herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The reasons supporting this motion are as follows:

1.      Defendants filed a motion to dismiss or, in the alternative for summary judgment, on August 20, 2007.

2.   On August 29 and October 12, 2007, this court granted Plaintiff enlargements of time to respond to Defendants' motion. Plaintiff's response to Defendants' motion is currently due on November 2, 2007.

3.   An enlargement is needed because Plaintiff's attorney is unable to prepare a response due to developments in *Bassem Youssef v. FBI*, No. 1:03cv01551. Plaintiff's attorney is currently in negotiations to avoid filing a motion for preliminary injunction. However, because of time-sensitive legal matters recently developed in that case, counsel's schedule has been disrupted in an unexpected manner.

4.   In accordance with Local Rule 7(m), on November 1, 2007, counsel for the Plaintiff contacted Defendants' counsel to discuss the above motion.

5.   Defendants' counsel, Darrell C. Valdez, advised Plaintiff's counsel, Stephen M. Kohn, that he does not oppose the extension of time.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enlarge Plaintiff's time to respond to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment up to and including November 7, 2007.

                Respectfully submitted,

                /s/Stephen M. Kohn
                Stephen M. Kohn, # 411513

                KOHN, KOHN & COLAPINTO, LLP.
                3233 P Street, N.W.
                Washington, D.C. 20007-2756
                (202) 342-6980
                (202) 342-6984 (fax)
                Attorney for Plaintiff

November 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| REBECCA UZELMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07cv753 (PLF) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, dated November 1, 2007, and all argument and papers submitted in support thereof and in response thereto, and the entire record herein, it be and hereby is

ORDERED that Plaintiff's motion for an enlargement of time is GRANTED, and it is further

ORDERED that Plaintiff shall respond to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, on or before November 7, 2007.

IT IS SO ORDERED.

_____          _____
DATE                                              HON. PAUL L. FRIEDMAN
                                                       United States District Judge