UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv753 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, through undersigned counsel, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a three-week enlargement of time, to December 14, 2007, to file a Response to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment. In support of this motion, Defendants state as follows:

1. Plaintiff filed a civil action on April 25, 2007, seeking review of a decision by the United States Department of Health and Human Services Office of Research Integrity to debar Plaintiff as a federal contractor for five years. Dkt. No. 1.

2. Defendants' filed a Motion to Dismiss or in the Alternative for Summary Judgment on August 20, 2007. Dkt. No. 11.

3. On August 28, 2007, Plaintiff filed a consent motion for an enlargement of time to respond to the Defendants' motion. Dkt. No. 12. The Court granted the consent motion and Plaintiff's Opposition was due on October 19, 2007. Plaintiff subsequently filed two additional

consent motions for additional time to respond on October 11. 2007, and November 1, 2007. Dkt. Nos. 13 and 14. Both motions were granted by the Court.

4.      Plaintiff filed a Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment on November 7, 2007. Dkt. Nos. 15 and 16.

5.      Defendants' Cross-Opposition and Reply are currently due on November 23, 2007.

6.      An enlargement of time is needed to prepare a Cross-Opposition and Reply memorandum because counsel for the Defendants' has been in a two-week long trial before the Honorable Magistrate Judge Deborah Robinson in the matter of Czekalski v. Peters, 04cv1403 (DAR). In addition, counsel for the Defendants has been involved in several other matters that have occupied his time and attention, including an appellate memorandum in Summers v. U.S. Dept. of Justice, 07-5315, as well as discovery matters in Shea v. Rice, 02cv577 (JR); Rochon v. Gonzales, 03-958(RCL); and in the consolidated matters of Ascom v. USPS, 00cv1401, Neopost, Inc. V. USPS, 00cv2089, and Francotyp Postalia v. USPS, 01cv804 (PLF), and has been unable to complete a Cross-Opposition/Reply.

7.      Pursuant to Local Rule 7(m), counsel for the Defendants contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendants respectfully request that the Court enlarge the time to file a response to the Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment up to and including December 14, 2007.

       Respectfully submitted,


       /s/ Jeffrey A. Taylor
       JEFFREY A. TAYLOR, D.C. BAR # 498610
       United States Attorney


       /s/ Rudolph Contreras
       RUDOLPH CONTRERAS, D.C. BAR # 434122
       Assistant United States Attorney


       /s/ Darrell C. Valdez
       DARRELL C. VALDEZ, D.C. BAR # 420232
       Assistant United States Attorney
       Judiciary Center Building
       555 4th St., N.W., Civil Division
       Washington, D.C.  20530
       (202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv753 (PLF) |

**ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to file an Opposition/Reply to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, and the fact that Plaintiff consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendants shall respond to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment on or before December 14, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE