UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv753 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

**SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, through undersigned counsel, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two-week enlargement of time, to December 28, 2007, to file a Response to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment. In support of this motion, Defendants state as follows:

1.    Plaintiff filed a civil action on April 25, 2007, seeking review of a decision by the United States Department of Health and Human Services Office of Research Integrity to debar Plaintiff as a federal contractor for five years. Dkt. No. 1.

2.    Defendants' filed a Motion to Dismiss or in the Alternative for Summary Judgment on August 20, 2007. Dkt. No. 11.

3.    On August 28, 2007, Plaintiff filed a consent motion for an enlargement of time to respond to the Defendants' motion. Dkt. No. 12. The Court granted the consent motion and Plaintiff's Opposition was due on October 19, 2007. Plaintiff subsequently filed two additional

consent motions for additional time to respond on October 11. 2007, and November 1, 2007. Dkt. Nos. 13 and 14. Both motions were granted by the Court.

4.  Plaintiff filed a Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment on November 7, 2007. Dkt. Nos. 15 and 16.

5.  On November 20, 2007, Defendants filed a consent motion for a three week enlargement of time to file an Cross-Opposition/Reply Memorandum.

6.  Defendants' Cross-Opposition and Reply are currently due on December 14, 2007.

7.  An enlargement of time is needed to prepare a Cross-Opposition and Reply memorandum because counsel for the Defendants has been involved in several other matters that have occupied his time and attention, including an appeals brief in Jinks-Umstead v. Winters, 06-5089 and 06-5206; an appellate memorandum in Summers v. U.S. Dept. of Justice, 07-5315, as well as an emergency interlocutory appeal in Wuterich v. Murtha, 07-5379, and discovery matters in Tolbert-Smith v. Bodman, 06cv1216 (RWR); Shea v. Rice, 02cv577 (JR); Rochon v. Gonzales, 03-958(RCL); and in the consolidated matters of Ascom v. USPS, 00cv1401, Neopost, Inc. V. USPS, 00cv2089, and Francotyp Postalia v. USPS, 01cv804 (PLF), and has been unable to complete a Cross-Opposition/Reply.

8.  Pursuant to Local Rule 7(m), counsel for the Defendants contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendants respectfully request that the Court enlarge the time to file a response to the Plaintiff's Motion for Partial Summary Judgment and Opposition to

Defendants' Motion to Dismiss or in the Alternative for Summary Judgment up to and including December 28, 2007.

                         Respectfully submitted,

                         /s/ Jeffrey A. Taylor
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                         /s/ Rudolph Contreras
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney

                         /s/ Darrell C. Valdez
                         DARRELL C. VALDEZ, D.C. BAR # 420232
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 4th St., N.W., Civil Division
                         Washington, D.C.  20530
                         (202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv753 (PLF) |

## ORDER

Upon consideration of Defendants' Second Consent Motion for Enlargement of Time to file an Opposition/Reply to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, and the fact that Plaintiff consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendants shall respond to Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment on or before December 28, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE