UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.*,)<br>)<br>Defendants. )<br>_____) | Civil Action No. 07cv753 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Plaintiff, Rebecca Uzelmeier, by and through counsel, hereby respectfully moves for a thirty (30) day enlargement of time, to February 6, 2008, to file her reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. In accordance with Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to discuss this motion. Defendants' counsel stated he does not oppose the extension of time.

As set forth below in the following Memorandum of Points and Authorities, good cause exists for granting this motion. A proposed order is submitted herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The reasons supporting this motion are as follows:

1. Defendants filed an Opposition to Plaintiff's Motion for Partial Summary Judgment on December 28, 2007.

2. Plaintiff's reply to Defendants' motion is currently due on January 7, 2008.

3. An enlargement is needed due to the press of business in this and other cases,

including discovery deadlines in Convertino v. U.S. DOJ, 04cv00236 (RCL) and a merits brief deadline in In the Matter of Jane Turner, OARM-WB No. 03-4.

4.   In accordance with Local Rule 7(m), on January 3, 2008, counsel for the Plaintiff contacted Defendants' counsel to discuss the above motion.

5.   Defendants' counsel, Darrell C. Valdez, advised Plaintiff's counsel that he does not oppose the extension of time.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enlarge Plaintiff's time to reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment up to and including February 6, 2008.

    Respectfully submitted,

    /s/Stephen M. Kohn
    Stephen M. Kohn, # 411513

    KOHN, KOHN & COLAPINTO, LLP.
    3233 P Street, N.W.
    Washington, D.C. 20007-2756
    (202) 342-6980
    (202) 342-6984 (fax)
    Attorney for Plaintiff

January 3, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv753 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et al.*,) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, dated January 3, 2008, and all argument and papers submitted in support thereof and in response thereto, and the entire record herein, it be and hereby is

ORDERED that Plaintiff's motion for an enlargement of time is GRANTED, and it is further

ORDERED that Plaintiff shall reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, on or before February 6, 2008.

IT IS SO ORDERED.

_____          _____
DATE                                                    HON. PAUL L. FRIEDMAN
                                                              United States District Judge