UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA UZELMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv753 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et al,*.) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**

Plaintiff, Rebecca Uzelmeier, by and through counsel, hereby respectfully moves for a two week enlargement of time, to February 20, 2008, to file her reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. In accordance with Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to discuss this motion. Defendants' counsel stated he does not oppose the extension of time.

As set forth below in the following Memorandum of Points and Authorities, good cause exists for granting this motion. A proposed order is submitted herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

The reasons supporting this motion are as follows:

1.     Defendants filed an Opposition to Plaintiff's Motion for Partial Summary Judgment, on December 28, 2007.

2.      On January 3, 2008, this court granted Plaintiff an enlargement of time to reply to Defendants' opposition. Plaintiff's reply to Defendants' opposition is currently due on February 6, 2008.

3.      An enlargement is needed due to the press of business in this and other cases, including discovery deadlines in Convertino v. U.S. DOJ, 04cv00236 (RCL), a merits brief deadline in In the Matter of Jane Turner, OARM-WB No. 03-4, and a statute of limitations deadline in a retaliation case before the Department of Labor.

4.      In accordance with Local Rule 7(m), on January 30, 2008, counsel for the Plaintiff contacted Defendants' counsel to discuss the above motion.

5.      Defendants' counsel, Darrell C. Valdez, advised Plaintiff's counsel, Stephen M. Kohn, that he does not oppose the extension of time.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enlarge Plaintiff's time to reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment up to and including February 20, 2008.

                    Respectfully submitted,

                    /s/Stephen M. Kohn
                    Stephen M. Kohn, # 411513

                    KOHN, KOHN & COLAPINTO, LLP.
                    3233 P Street, N.W.
                    Washington, D.C. 20007-2756
                    (202) 342-6980
                    (202) 342-6984 (fax)
                    Attorney for Plaintiff

February 4, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
REBECCA UZELMEIER,               )
                                 )
    Plaintiff,                   )
                                 )
v.                               )  Civil Action No. 07cv753 (PLF)
                                 )
UNITED STATES DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES, *et al,.*)
                                 )
    Defendants.                  )
_____)

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, dated February 4, 2008, and all argument and papers submitted in support thereof and in response thereto, and the entire record herein, it be and hereby is

ORDERED that Plaintiff's motion for an enlargement of time is GRANTED, and it is further

ORDERED that Plaintiff shall reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment on or before February 20, 2008.

    IT IS SO ORDERED.

_____                         _____
DATE                                               HON. PAUL L. FRIEDMAN
                                                     United States District Judge