UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
REBECCA UZELMEIER,                  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Action No. 07-0753 (PLF)
                                    )
UNITED STATES DEPARTMENT OF         )
   HEALTH AND HUMAN SERVICES, *et al.*, )
                                    )
    Defendants.                    )
_____)

## ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [11] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for partial summary judgment [16] is DENIED; it is

FURTHER ORDERED that Count 1 of the complaint is DISMISSED; and it is

FURTHER ORDERED that JUDGMENT is granted for the defendants on Counts 2, 3 and 4 of the complaint. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: March 31, 2008          United States District Judge